IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNIVERSAL CONCRETE PRODUCTS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PIKE COMPANY, INC.,<br><br>*Defendant*. | CIVIL ACTION<br>NO. 17-2589 |

## ORDER

**AND NOW**, this 10th day of January, 2018, upon consideration of Defendant's Motions to Dismiss (ECF No. 11), Plaintiff's Response (ECF No. 12), and Defendant's Reply (ECF No. 13), it is **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**. This case shall be **CLOSED for statistical purposes**.

                                       BY THE COURT:

                                       ***/s/ Gerald J. Pappert***
                                       GERALD J. PAPPERT, J.